# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

P.E. TAIRSHENG CHIANG,

            Plaintiff

       v.     CIVIL ACTION NO.:
         13-10403-EFH

THE COMMONWEALTH OF
MASSACHUSETTS,
         Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

June 13, 2013

     Defendants' Motion to Dismiss is GRANTED. The court adopts the reasoning set forth in Defendants' Memorandum of Law as the basis of its decision, to wit in essence, the doctrine of *res judicata* and in addition there is no individual liability provided for in Title VII claims. This case is ordered CLOSED.

     SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge